# O'BRIEN, BELLAND & BUSHINSKY, LLC

ROBERT F. O'BRIEN (NJ, PA & DC)
MARK E. BELLAND (NJ & PA)
STEVEN J. BUSHINSKY (NJ, NY & PA)
THOMAS F. KARPOUSIS (NJ)
KEVIN D. JARVIS (NJ & NY)
TIMOTHY P. HAGGERTY (NJ)
DAVID F. WATKINS, JR. (NJ & PA)
ANTHONY W. DeSTEFANIS (NJ)
ELIZABETH I. DEEGAN (NJ & PA)
MICHAEL J. DelTERGO (NJ, PA, MA & DC)
MATTHEW L. RAZZANO (NJ & PA)
W. DANIEL FEEHAN (NJ & PA)
MATTHEW B. MADSEN (NJ)
DAVID H. LIPOW (NJ & PA)

ATTORNEYS AT LAW

1526 BERLIN ROAD
CHERRY HILL, NEW JERSEY 08003

(856) 795-2181
(888) 609-8300
FAX (856) 795-2182
INTERNET: WWW.OBBBLAW.COM
E-MAIL: OBBB@OBBBLAW.COM

OF COUNSEL
CARL J. MINSTER III (PA, NJ)
DAVID J. J. FACCIOLO (DE, PA)
DAVID R. THIERMAN* (NJ, PA & FL)
* MASTERS OF LAW IN TAXATION

JOAN FREEDMAN MEYER (NJ & PA)
1931-2011

EMAIL: dwatkins@obbblaw.com

August 20, 2018

**Via ECF and U.S. Mail**
Hon. Renee M. Bumb, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

   Re: **Salvatore, et al. v. A3 Technology, Inc.**
     **Case No. 1:18-cv-09584-R**

Dear Judge Bumb:

  This firm represents Plaintiffs in the above referenced matter. Pursuant to the Court's July 18, 2018 Order, Plaintiffs and Defendant A3 Technology, Inc. ("A3T") are to meet and confer to discuss the narrowing of Plaintiffs' claims in an effort to avoid motion practice. The Order also requires a submission of a joint status letter from the parties by August 20, 2018.

  Shortly after the July 18, 2018 Order was issued, counsel for Defendant proposed dates to confer, but Plaintiffs' counsel was unable to confirm any of these offered dates. Counsel for both Plaintiffs and Defendant have agreed to confer this Wednesday, August 22, 2018. Counsel for both Plaintiffs and Defendant respectfully request that the meet and confer obligations of the Order be extended to Wednesday, August 22, 2018 with the submission of a joint status letter due on Friday, August 24, 2018.

         Respectfully submitted,

         **O'BRIEN, BELLAND & BUSHINSKY, LLC**

         */s/ David F. Watkins Jr., Esq.*
         Mark E. Belland, Esquire
         David F. Watkins Jr., Esquire

DFW/vm
 cc: Colin G. Bell, Esquire *(Via ECF, U.S. Mail)*